1  Tanya E. Moore, SBN 206683
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  service@mission.legal

5  Attorneys for Plaintiff
   Albert Dytch

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE GUZMAN CORPORATION dba LA PINATA #1, et al.,<br><br>　　　　Defendants. | No. 3:16-cv-05624-HSG<br><br>**STIPULATION FOR DISMISSAL OF ACTION <u>WITHOUT</u> PREJUDICE; ORDER** |

STIPULATION FOR DISMISSAL OF ACTION <u>WITHOUT</u> PREJUDICE; [~~PROPOSED~~] ORDER

Page 1

1   IT IS HEREBY STIPULATED by and between Plaintiff Albert Dytch and Defendants The Guzman Corporation dba La Pinata #1 and Alicia Guzman, Trustee of the Francisco Javier and Alicia Guzman Revocable Living Trust, dated August 5, 2004, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed **without** prejudice.

IT IS FURTHER STIPULATED between Plaintiff and Defendants that the Parties have entered into a Stipulated Judgment, attached hereto as Exhibit "A," which provides for judgment to be entered in Plaintiff's favor in the event that Defendants default on their obligations under the Parties' settlement agreement. The Parties request that the Court retain jurisdiction to enforce the terms of the Stipulated Judgment under the authority of Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994).

Dated: February 27, 2017            MISSION LAW FIRM, A.P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorneys for Plaintiff,
                                    Albert Dytch

Dated: February 27, 2017            GHANTOUS LAW CORPORATION

                                    */s/ Karyne T. Ghantous*
                                    Karyne T. Ghantous
                                    Attorneys for Defendants,
                                    The Guzman Corporation dba La Pinata #1 and
                                    Alicia Guzman, Trustee of the Francisco Javier and
                                    Alicia Guzman Revocable Living Trust, dated
                                    August 5, 2004

# ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed **without prejudice**. The Court will retain jurisdiction to enforce the terms of the Stipulated Judgment under the authority of Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994).

**IT IS SO ORDERED**.

Dated:  February 28, 2017

*[signature: Haywood S. Gilliam Jr.]*
United States District Judge